United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WIT ALUMINUM (HONG KONG) LIMITED,

Plaintiff,

v.

SMTC MANUFACTURING CORPORATION OF CALIFORNIA,

Defendant.

Case No. 26-cv-03883-SK

**ORDER VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendant's motion to dismiss which is scheduled for hearing on Monday, July 27, 2026, at 9:30 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is HEREBY VACATED. The motion will be taken under submission and decided on the papers.

The Court FURTHER ORDERS that the initial Case Management Conference is CONTINUED to August 31, 2026. By no later than August 24, 2026, the parties shall file their joint case management statement.

**IT IS SO ORDERED**.

Dated: July 17, 2026

SALLIE KIM
United States Magistrate Judge